UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IYAN MAYES, #524506,

    Plaintiff,

                                    CIVIL ACTION NO. 12-11344

v.

                                    DISTRICT JUDGE AVERN COHN

                                    MAGISTRATE JUDGE MARK A. RANDON

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER REQUIRING THE MDOC TO PROVIDE PLAINTIFF HIS MEDICAL RECORDS

Plaintiff brought a *pro se* prisoner civil rights action under 42 U.S.C. § 1983. In his Complaint Plaintiff says:

> [a]t some point I was transferred to the MACOMB REGIONAL FACILITY[.] While there[,] I attempted to have my medical needs attended to and grievances answered[.] It was while I was at the MACOMB FACILITY that I requested my medical records to get the names of the individuals responsible for denying me medical care and attention[.] [I] was never provided with any of my records or the names of the individuals directly involved with denying me medical attention and assistance with the pain I was experiencing[.]

(Dkt. No. 1 at 5).

The MDOC must provide Plaintiff a copy of his medical records from the Macomb Regional Facility within **14 days** from the date of this Order.

**IT IS ORDERED**.

                                              s/Mark A. Randon
                                              Mark A. Randon
                                              United States Magistrate Judge

Dated: September 25, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 25, 2012, by electronic and/or ordinary mail.*

<u>*s/Melody Miles*</u>
*Case Manager*