UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IYAN MAYES,

                                                                 Case No.     12-11344

        Plaintiff,

v.                                                 HONORABLE AVERN COHN

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on November 02, 2012 the case is

DISMISSED.

                                                               DAVID WEAVER

Dated: November 2, 2012            By: s/Julie Owens
                                              Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 2, 2012, by electronic and/or ordinary mail.

                                                               S/Julie Owens
                                                               Case Manager, (313) 234-5160