UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IYAN MAYES,

          Plaintiff,

Case No.     12-11344

v.

HONORABLE AVERN COHN

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

          Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on November 02, 2012 the case is

DISMISSED.


                            DAVID WEAVER

Dated: November 2, 2012        By: s/Julie Owens
                                        Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 2, 2012, by electronic and/or ordinary mail.


                            S/Julie Owens
                            Case Manager, (313) 234-5160